Case 4:13-cr-00159-JLH Document 3 Filed 08/14/14 Page 1 of 3

PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 14 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carlos F. Thompson         Case Number: 4:13CR00159 JLH

Name of Sentencing Judicial Officer:   Honorable Jim Larry Hendren
                                       United States District Judge

                                       Honorable J. Leon Holmes
                                       United States District Judge
                                       Transfer of Jurisdiction: May 13, 2013

Original Offense: Felon in Possession of a Firearm

Date of Sentence: March 29, 2010

Original Sentence: 51 months Buearu of Prisons, 3 years supervised release, mandatory drug testing, drug treatment, DNA collection, search and seizure, $3,000 fine, and $100 special penalty assessment

Type of Supervision: Supervised Release      Date Supervision Commenced: April 24, 2013
                                             Date Supervision Expires: April 23, 2016

U.S. Probation Officer: Brenna Willis-Cross   Asst. U.S. Attorney: Jana Harris   Defense Attorney: Jenniffer Horan

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**Removal of the following Special Condition:**
If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not less than $25 quarterly, or 10% of the defendant's quarterly earnings, whichever is greater. After incarceration, any unpaid financial penalty shall become a special condition of supervised release and may be paid in monthly installments of not less than 10% of the defendant's net monthly household income, but in no case less than $100 per month, with the entire balance to be paid in full one month prior to the termination of supervised release.

**Addition of the following Special Condition:**
The defendant shall make a monthly payment in the amount of $25 until fine is paid in full.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Carlos F. Thompson  Case Number: 4:13CR00159 JLH

## CAUSE

Mr. Thompson was initially required by the Court to make fine payments in the amount of ten percent of his net monthly household income, but in no case less than $100 per month, with the entire balance to be paid in full one month prior to the termination of supervised release. Mr. Thompson lives alone and reports he sends money monthly to assist with his four minor children. Mr. Thompson has financially been unable to submit a full $100 payment since November 2013; however, he has made payments towards his fine, with the exception of December 2013; May and June 2014. His current balance is $2650. Mr. Thompson was required to submit a Prob 48B monthly cash flow statement. After reviewing this form and speaking to Mr. Thompson, it was determined that he was unable to submit the amount ordered by the Court. The Federal Public Defender's Office Jenniffer Horan has been notified of this modification.

_____
Brenna Willis-Cross
U.S. Probation Officer

Date: July 28, 2014

_____
Jana Harris
Assistant U.S. Attorney

Date: 8-11-14

Approved:
_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

August 14, 2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
 Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Removal of the following Special Condition:**
If not paid immediately, any unpaid financial penalty imposed shall be paid during the period of incarceration at a rate of not less than $25 quarterly, or 10% of the defendant's quarterly earnings, whichever is greater. After incarceration, any unpaid financial penalty shall become a special condition of supervised release and may be paid in monthly installments of not less than 10% of the defendant's net monthly household income, but in no case less than $100 per month, with the entire balance to be paid in full one month prior to the termination of supervised release.

**Addition of the following Special Condition:**
The defendant shall make a monthly payment in the amount of $25 until fine is paid in full.

Witness: _____   Signed: _____
         U.S. Probation Officer              Probationer or Supervised Releasee

         7-24-2014
         DATE

                                         _____
                                         FEDERAL DEFENDER